UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:21-cr-00039-RCJ-WGC |
| GABINO ROMERO-JIMENEZ, EPIMEGNIO ROMERO-JIMENEZ, | ) | **ORDER** |
| Defendant. | ) | |

On October 18 and 19, 2021, Defendants filed five motions: Motion to Compel Disclosure of Confidential Informant (ECF No. 38), Motion for Pre-Trial Brady, Giglio Information, Materials and Evidence for Potential Government Witnesses (ECF No. 40), Motion for Order Requiring Government to Inspect and Produce Law Enforcement Personnel File Information that Cast Doubt on Credibility (ECF No. 41), Motion for Disclosures Regarding Confidential Informant (ECF No. 43), and Motion to Suppress (ECF No. 44). As trial is scheduled for November 15, 2021, the Court expedites the briefing schedule for these motions. The Government shall file its responses to these motions by 12:00 pm PDT Monday, October 25, 2021. Defendants shall not file any reply in support of the motions. The Court will then hear oral argument on these motions via Zoom on October 26, 2021 at 10:00 am PDT.

**CONCLUSION**

IT IS HEREBY ORDERED that the Government shall file its responses to Defendants' motions (ECF Nos. 38, 40, 41, 43, 44) by 12:00 p.m. PDT Monday, October 25, 2021.

IT IS FURTHER ORDERED that Defendants shall not file any reply in support of their motions (ECF Nos. 38, 40, 41, 43, 44).

IT IS SO ORDERED.

Dated October 20, 2021.

_____
ROBERT C. JONES
United States District Judge