# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EPIMEGNIO ROMERO-JIMENEZ, ) <br> ) <br> Defendant. ) <br> ) | 3:21-cr-00039-RCJ-WGC <br><br> **ORDER** |

The Government has filed a Superseding Indictment (ECF No. 55) with the following charges: Count I – Defendants Gabino and Epimegnio Romero-Jimenez engaged in a conspiracy to distribute a controlled substance; Count II – Defendant Epimegnio Romero-Jimenez possessed with the intent to distribute a controlled substance on June 20, 2021; Count III – Defendants Gabino and Epimegnio Romero-Jimenez possessed with the intent to distribute a controlled substance on August 26, 2021; and Count IV – Defendants Gabino and Epimegnio Romero-Jimenez posses-sion of a firearm while committing a drug trafficking crime on August 26, 2021. On October 21, 2021, the Government admitted the substance found on August 26, 2021 was not a controlled substance, and moved to dismiss Counts I, III, and IV and Defendant Gabino Romero-Jimenez from this case. (ECF No. 59.) The Court granted this motion. (ECF No. 61.)

The Court is now inclined to grant a continuance of the trial as to Defendant Epimegnio Romero-Jimenez. The parties may submit a request for continuance to the Court for the trial stack beginning 8:30 A.M. on Monday, January 31, 2021, with Calendar Call at 10:00 A.M. or contact Lesa Ettinger, Courtroom Administrator at (775) 686-5833 or Lesa_Ettinger@nvd.uscourts.gov for additional dates.

**IT IS ORDERED** that the Oral Argument via Zoom currently set for 10:00 A.M. (PDT), Tuesday, October 26, 2021, before Judge Robert C. Jones is **VACATED**.

**IT IS FURTHER ORDERED** that Defendant Gabino Romero-Jimenez's Motion for Disclosure of Confidential Informant (ECF No. 43) and Motion for Joinder (ECF No. 48) are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the expedited briefing schedule for the Government responses to Defendants' motions (ECF Nos. 38, 40, 41, 44, 46) due by 12:00 p.m. PDT Monday, October 25, 2021, is **VACATED and RESCHEDULED to Friday, November 5, 2021**.

IT IS SO ORDERED.

Dated October 21, 2021.

_____
ROBERT C. JONES
United States District Judge