Janice A. Hubbard, Esq  
Nevada Bar #4301  
Law Office of Janice Hubbard, LLC  
942 University Terrace  
Reno, NV 89503  
(775) 742-8524  
jan@janhubbardlaw.com  

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,          )<br>     v.                        )<br>                                )<br>EPIGMENIO ROMERO-JIMENEZ,       )<br>                                )<br>           Defendant.          )<br>_____) | 3:21-CR-00039-RCJ-WGC<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT**<br><br>(FIRST REQUEST) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant, EPIGMENIO ROMERO-JIMENEZ through his attorney, JANICE A. HUBBARD, Esq., and Assistant United States Attorney, PENELOPE J. BRADY, Counsel for the UNITED STATES OF AMERICA, that the arraignment set for October 26, 2021, be vacated and continued to November 16, 2021, at 2:00 p.m.

1. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Codes Section 3161(h)(7)(A) and United States Code Section 3161(h)(7)(B)(iv).

2. Counsel has a conflict on her calendar. The parties filed on October 25, 2021 a Stipulation and Proposed order to continue the trial date on the above-entitled case.

1

3.   The count as to Mr. Epigmenio Romero-Jimenez remains the same.

This is the first request for a continuance of the arraignment in this case.

DATED this 26nd day of October, 2021.

| /s/ *JANICE A. HUBBARD* | /s/ *PENELOPE J. BRADY* |
|---|---|
| JANICE A. HUBBARD, Esq. | PENELOPE J. BRADY, AUSA |

Janice A. Hubbard, Esq
Nevada Bar #4301
Law Office of Janice Hubbard, LLC
942 University Terrace
Reno, NV 89503
(775) 742-8524
jan@janhubbardlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 3:21-CR-00039-RCJ-WGC |
| Plaintiff,  ) | |
| v.  ) | **ORDER TO CONTINUE** |
|   ) | **ARRAIGNMENT** |
| EPIGMENIO ROMERO-JIMENEZ,  ) | |
|   ) | |
| Defendant.  ) | |
| _____) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Arraignment set for October 26, 2021 is vacated and shall be held on November 16, 2021 at 2:00 p.m.

DATED:  October 26, 2021
_____

_____
U.S. MAGISTRATE JUDGE CARLA BALDWIN

1