| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:21CR00039 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* CR-25-50086-TUC-JCH(BGM) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Nevada | DIVISION U.S. Probation Office |
|---|---|---|
| Epigmenio Romero-Jimenez<br>No Fixed Address | NAME OF SENTENCING JUDGE Miranda M. Du | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/1/2025 — TO 3/31/2027 |

**OFFENSE**
21 USC §§841(a)(1) & 841(b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervision

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 19, 2025
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/26/2025
Effective Date

_____
United States District Judge

1